## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DINO LERONE BRADLEY,
ADC #150333                                                                                             PLAINTIFF

V.                         4:11-cv-00737-JMM-JTK

DEPUTY STRONG, et al.                                                                           DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Pulaski County Detention Facility is DISMISSED from Plaintiff's Complaint.

IT IS SO ORDERED this 21st day of October, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE