IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DINO LERONE BRADLEY                                                                                      PLAINTIFF

V.                                                 4:11-cv-00737-JTK

DEPUTY STRONG, et al.                                                                                  DEFENDANTS

### ORDER

Plaintiff Dino Bradley originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the Grimes Unit of the Arkansas Department of Correction (ADC).  His motion to proceed in this action in forma pauperis was granted by Order dated October 13, 2011 (Doc. No. 3).  However, Bradley has notified the Court of a change in his address which reflects his release from incarceration (Doc. No. 15).  Therefore, in order to continue the prosecution of this action, Plaintiff Bradley must file an updated motion to proceed in forma pauperis.   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Bradley shall file an updated motion to proceed in forma pauperis within fifteen days of the date of this Order.  Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint.  See Local Rule 5.5(c)(2).  The Clerk is hereby directed to forward an in forma pauperis application to Plaintiff.

IT IS SO ORDERED this 23rd day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE