# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DINO LERONE BRADLEY,                                                    PLAINTIFF

v.                                   4:11-cv-00737-JTK

DEPUTY STRONG, et al                                                    DEFENDANTS

## MEMORANDUM AND ORDER

On January 23, 2012, this Court entered an Order directing Plaintiff to file an updated Motion to Proceed in forma pauperis within fifteen days, based on his release from incarceration (Doc. No. 20). The Court further advised Plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his Complaint.  As of this date, Plaintiff has not filed a Motion to Proceed in forma pauperis, or otherwise corresponded with this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to this Court's January 23, 2012 Order, the Court will dismiss the Complaint without prejudice.  Accordingly,

IT IS, THEREFORE, ORDERED that this Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

1

IT IS SO ORDERED this 27th day of February, 2012.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE